IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AKHI RAHEEM MUHAMMAD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GREGORY T. WEIS, et al. | : | NO.  08-3616 |

## ORDER

**AND NOW**, this 6th day of October, 2009, upon consideration of Plaintiff's "Motion to Vacate the August 17, 2009 Order of Court" (Docket No. 92) and "Request for Leave to Bring an Interlocutory Appeal" (Docket No. 93), **IT IS HEREBY ORDERED** that Plaintiff's Motions are **DENIED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.