IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AKHI RAHEEM MUHAMMAD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GREGORY T. WEIS, ET AL. | : | NO.  08-3616 |

## ORDER

**AND NOW**, this 10th day of December, 2010, upon consideration of Defendant Pennsylvania Department of Insurance's Motion for Summary Judgment (Docket No. 128) and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant Pennsylvania Department of Insurance and against Plaintiff.

3. The Clerk of Court shall close this case for statistical purposes.


BY THE COURT:


/s/ John R. Padova

_____

John R. Padova, J.